# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JINXIONG CHEN, an individual; and MICHELLE SU, an individual,<br><br>Plaintiffs,<br>v.<br><br>C.J.H. RESTAURANT, a California corporation,<br><br>Defendant. | Case No. 2:24-cv-00705-HDV (BFMx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: June 25, 2024

_____
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE